

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** September 3, 2025     **Time:** 00:39

**Judge:** Jacqueline Scott Corley

**Case Number:** 22-cr-00397-JSC-1

**Case Name:** United States of America v. Jesus Salamanca-Benitez
     ☒ Present    ☐ Not Present    ☒ In-Custody & Remanded

**Attorney for United States:** Kristina Green
**Attorney for Defendant:** Gabriela Bischof

**Deputy Clerk:** Ada Means     **Court Reporter:** Andrea Bluedorn

**Spanish Interpreters:** Cristina Visus/Daniel Navarro     **Probation Officer:** Pepper Friesen

### PROCEEDINGS

Sentencing hearing held. The Court reviewed the superseding information, the plea agreement, the presentence report, the parties' sentencing memos, and the presentence report from the Western District of Washington. The Court sentenced the defendant to the Bureau of Prisons for a term of 160 months on Counts One, Two, and Four of the Superseding Information. All counts to be served concurrently. The Court will recommend to the BOP that Mr. Salamanca-Benitez be designated to FCI Terminal Island to facilitate family visits and ARDAP Program.  Upon release, defendant shall be placed on supervised release for a term of 4 years. Defendant shall pay a special assessment fee of $300.00. The Court finds that the defendant does not have the ability to pay a fine and ordered the fine waived. Counts Three and Five are dismissed at the request of the government. Please refer to the judgment for complete details.