

**ALAMEDA COUNTY SHERIFF'S OFFICE**

YESENIA SANCHEZ
SHERIFF-CORONER

INMATE WORK RECORD

DATE:       August 16, 2025

TO:         Whom It May Concern

SUBJECT:    Jesus Salamanca-Benitez (PFN#UME664)

On 05/18/2025 Inmate Jesus Salamanca-Benitez began to volunteer as a Kitchen inmate worker at Santa Rita Jail, which provides approximately 9000 meals daily between San Joaquin County Jail and Santa Rita Jail. Inmate Salamanca-Benitez helps with the cleaning of the Kitchen and the disposal of the jail's large amount of trash.

Inmate Salamaca-Benitez willingly engages in kitchen responsibilities and actively contributes to the Santa Rita Beautification Project. This project is dedicated to enhancing the overall appearance of the Santa Rita Jail through tasks such as pressure washing, graffiti removal, and floor waxing.

Verified by: Deputy J. Lopez #2623



# Award Certificate

Presented to

Jesus Salamanca-Benitez

for

Laundry Profiency Examination

February 11, 2024

UME664



**ALAMEDA COUNTY SHERIFF'S OFFICE**

YESENIA SANCHEZ
SHERIFF-CORONER

INMATE WORK RECORD

DATE: August 16, 2025

TO: Whom It May Concern

**SUBJECT: Jesus Salamanca-Benitez (PFN#UME664)**

On 05/18/2025 Inmate Jesus Salamanca-Benitez began to volunteer as a Kitchen inmate worker at Santa Rita Jail, which provides approximately 9000 meals daily between San Joaquin County Jail and Santa Rita Jail. Inmate Salamanca-Benitez helps with the cleaning of the Kitchen and the disposal of the jail's large amount of trash.

Inmate Salamaca-Benitez willingly engages in kitchen responsibilities and actively contributes to the Santa Rita Beautification Project. This project is dedicated to enhancing the overall appearance of the Santa Rita Jail through tasks such as pressure washing, graffiti removal, and floor waxing.

Verified by: Deputy J. Lopez #2623

LAKESIDE PLAZA - ADMINISTRATION
1401 Lakeside Drive, 12th Floor
Oakland, CA 94612-4305